CAUSE NO. DC-23-04370

| | | |
|---|---|---|
| DOLORES RAMIREZ, Individually and as | § | IN THE DISTRICT COURT |
| Representative of the ESTATE OF | § | |
| SAMUEL DELGADO and LANDY | § | |
| MORENO, as Next Friend of D.M., a Minor, | § | |
| | § | |
| Plaintiffs, | § | DALLAS COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | |
| HF SINCLAIR and SPECIALTY | § | |
| WELDING AND TURNAROUNDS, LLC, | § | |
| | § | |
| Defendants. | § | 134TH JUDICIAL DISTRICT |

## VERIFICATION

STATE OF Louisiana            §
                              §
PARISH OF Ascension           §

BEFORE ME, the undersigned authority, personally appeared Shane Bellanger, known to me to be the person whose name is subscribed to the foregoing instrument, and after being by me first duly sworn upon his oath deposes and says that he is authorized to speak on behalf of Specialty Welding and Turnarounds, LLC, and the facts recited herein are true and correct and are within his personal knowledge.

"Specialty Welding and Turnarounds, LLC is a Louisiana limited liability corporation. Its sole member is SWAT Acquisition Holdings, Inc. SWAT Acquisition Holdings, Inc. is a Delaware corporation with its principal place of business in Dover, Kent County, Delaware. This is true now and was true at the time the state litigation was initiated.

Attached hereto as **Exhibit A** and incorporated by reference are true and correct copies of documents from the Secretary of State for the State of Louisiana signifying that Specialty Welding and Turnarounds, LLC is a Louisiana limited liability corporation whose sole member is SWAT Acquisition Holding, Inc., a Delaware corporation.

Attached hereto as **Exhibit B** and incorporated by reference is a true and correct copy of a document from the Secretary of State for the State of Delaware signifying that SWAT Acquisitions Holdings, Inc. is a Delaware corporation."

FURTHER, AFFIANT SAYETH NOT

SHANE BELLANGER
CHIEF FINANCIAL OFFICER

Sworn to and subscribed before me on October 2nd, 2023.

Notary Public in and for the
State of Louisiana

My commission expires: at death .



OFFICIAL SEAL
AMANDA KERRY
NOTARY ID # 171317
STATE OF LOUISIANA
PARISH OF LIVINGSTON
My Commission is for Life



# UNITED STATES OF AMERICA

# State of Louisiana

## R. Kyle Ardoin

### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

**SPECIALTY WELDING AND TURNAROUNDS, LLC**

are true and correct and are filed in the Louisiana Secretary of State's Office.

| | | | | |
|---|---|---|---|---|
| 41224746K | ORIGF | 7/8/2013 | 6 | page(s) |
| 41978260 | CHOFF | 8/11/2015 | 1 | page(s) |
| 43233078 | 1308 | 10/19/2018 | 1 | page(s) |
| 43753220 | AMEND | 1/24/2020 | 2 | page(s) |
| 43764391 | 1308 | 2/3/2020 | 2 | page(s) |
| 44999357 | 22 AR | 6/29/2022 | 1 | page(s) |

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

June 6, 2023

*Secretary of State*

WEB 41224746K



EXHIBIT

A

**Certificate ID:** 11740176#9RK73
To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate**, then follow the instructions displayed.
**www.sos.la.gov**

Page 1 of 1 on 6/6/2023 1:27:59 PM

STATE OF LOUISIANA

ASCENSION PARISH

### AMENDMENT OF ARTICLES OF ORGANIZATION
### OF
### SPECIALITY WELDING AND TURNAROUNDS, LLC
### A LIMITED LIABILITY COMPANY

BE IT KNOWN that on this _2 1_ day of January, 2020, before me, *Erin B McBride*

a Notary Public duly commissioned and qualified in and for aforesaid parish and state, and in the

presence of the undersigned witnesses, personally came and appeared:

**SWAT ACQUISITION HOLDINGS, INC.**, the sole member of the company
represented herein by its duly authorized agent, Jimmy Quick, Jr., its Vice President
and Secretary; a foreign corporation properly formed and legally existing in the
State of Delaware;

who, acting under the authority of Louisiana's Limited Liability Company Law (Title 12 of

Louisiana Revised Statutes, section 12:1301 et seq.), by written consent on January 20, 2020

approved the amendment of the company's Articles of Organization by deleting Article 7 in its

entirety and replacing it with the following:

7.      Unless and until an amendment to these articles providing otherwise is filed in the

office of the Louisiana Secretary of State, any person dealing with the company may rely upon a

certificate of the company's managing member(s) to:

(a)      establish the membership of any member of the company,

(b)      establish the authenticity of any records of the company, or

(c)      establish the authority of any person to act on behalf of the company, including but

not limited to the authority to take actions referred to in Title 12 of Louisiana Revised

Statutes, section 12:1318(B), which actions include::

(1) The dissolution and winding up of the limited liability company,

(2) The sale, exchange, lease, mortgage, pledge, or other transfer of all or

substantially all of the assets of the limited liability company,

(3) The merger or consolidation of the limited liability company,

(4) The incurrence of indebtedness by the limited liability company other than in the ordinary course of its business,

(5) The alienation, lease, or encumbrance of any immovables of the limited liability company, and

(6) An amendment to the articles of organization or an operating agreement.

Except as identified herein, all other Articles remain unchanged and in effect.

THUS DONE AND SIGNED on the day and date set forth above at the City of Gonzales, Ascension Parish, State of Louisiana, the parties hereto having affixed their signatures, together with me, Notary, and the undersigned witnesses, after due reading of the whole.

WITNESSES:                                      SWAT ACQUISITION HOLDINGS, INC.

Print Name: Melanie Moran                By: _____
                                              Jimmy Quick, Jr.
                                              Vice President and Secretary

Print Name: Kim Whittington

_____
Notary Public, Bar Roll Number 68857
Ascension Parish, Louisiana, Lifetime Commission

GINA B MCBRIDE
Louisiana Notary Public
#68850
Commissioned for Life

NOTICE OF CHANGE

**Charter Number:** 41224746K

**Name:** SPECIALTY WELDING AND TURNAROUNDS, LLC

**ADDRESSES:**

**The location and municipal address (not a P.O. Box only) of this limited liability company's registered office:**
40492 CANNON ROAD
GONZALES, LA, 70737

**Mailing Address:**
40492 CANNON ROAD
GONZALES, LA, 70737

**AGENTS:**

**Agent Name:**
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA, 70809

**MEMBERS/MANAGERS:**

**Member/Manager Name:**
SWAT ACQUISITION HOLDINGS, INC. (MEMBER)
40492 CANNON ROAD
GONZALEZ, LA, 70737

**The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.**

TO BE ELECTRONICALLY SIGNED BY MEMBER OR MANAGER.
**ELECTRONIC SIGNATURE:** CHRIS SUAN (2/3/2020)
**TITLE:** PRESIDENT AND SENIOR MANAGING DIRECTOR

# *State Of Delaware*

Entity Details

5/31/2023  5:23:35PM

|  |  |  |  |
|---|---|---|---|
| File Number: | 6356540 | Incorporation Date / Formation Date: | 3/22/2017 |
| Entity Name: | SWAT ACQUISITION HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status Date: | 3/7/2022 |

## Registered Agent Information

|  |  |  |  |
|---|---|---|---|
| Name: | CAPITOL SERVICES, INC. | | |
| Address: | 108 LAKELAND AVE. | | |
| City: | DOVER | Country: | |
| State: | DE | Postal Code: | 19901 |
| Phone: | 800-316-6660 | | |

## Tax Information

|  |  |  |  |
|---|---|---|---|
| Last AnnualReport Filed: | 2022 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $175 | Total Authorized Shares: | 3000 |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Blnkt Address - Corp | 1 | 8/27/2021 | 9:28 AM | 8/28/2021 |
| 2 | Change of Agent<BR>9000014 | 1 | 2/3/2020 | 11:31 AM | 2/3/2020 |
| 3 | Stock Corporation | 3 | 3/22/2017 | 2:46 PM | 3/22/2017 |



EXHIBIT

B

9/27/23, 1:38 PM                                          Division of Corporations - Filing

Delaware.gov                                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME                                          Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3098810 | Incorporation Date / Formation Date: | 9/20/1999 (mm/dd/yyyy) |
| Entity Name: | HF SINCLAIR EL DORADO REFINING LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]                    [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov