# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DOLORES RAMIREZ, Individually and as Representative of the ESTATE OF SAMUEL DELGADO, and LANDY MORENO, as Next Friend of D.M., a Minor<br><br>*Plaintiffs,*<br><br>v.<br><br>HF SINCLAIR and SPECIALITY WELDING AND TURNAROUNDS, LLC,<br><br>*Defendants.* | CIVIL ACTION NUMBER:<br>_____ |

## NOTICE OF CONSENT TO REMOVAL

COMES NOW, HF SINCLAIR, and files this *Notice of Consent to Removal*, and for cause, would respectfully show this Honorable Court as follows:

I.

1. On April 3, 2023, Plaintiffs filed their *Original Petition*.[1] Thereafter, on May 8, 2023, Defendant HF Sinclair filed its *Original Answer*.[2] On June 6, 2023, Defendant Speciality Welding and Turnarounds, LLC filed its *Original*

---

[1] Defendant asks the Court to take judicial notice of *Plaintiffs' Original Petition* on file and of record in Cause No. DC-23-04370 in the 134th Judicial District Court of Dallas County, Texas.

[2] Defendant incorporates and adopts the *Original Answer* on file and of record in Cause No. DC-23-04370 in the 134th Judicial District Court of Dallas County, Texas as if fully set forth herein.

*Answer, Motion to Bifurcate, Jury Demand, and Objection to Digital Jury Trial.*[3] On September 1, 2023, Defendant HF Sinclair filed its *First Amended Answer and Verified Denial* in which it averred that HF Sinclair Corporation is not a proper party to the instant dispute.[4]

II.

2.   Accordingly, Defendant HF Sinclair hereby consents to the removal of this action from the 134th Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division pursuant to 28 U.S.C. § 1441.

Submitted this 2nd day of October, 2023.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP
Bank of America Plaza - 901 Main Street
Dallas, TX 75202-3758
214.698.8052 (Direct)
214.698.8000 (Main)
214.698.1101 (Fax)

By:   /s/ *Neely Fortinberry*
Neely Fortinberry
Texas State Bar Number 24003420
neely.fortinberry@wilsonelser.com
Katryna R. Watkins
Texas State Bar Number 24106554
katryna.watkins@wilsonelser.com

---

[3] Defendant asks the Court to take judicial notice of *Defendant's Original Answer* on file and of record in Cause No. DC-23-04370 in the 134th Judicial District Court of Dallas County, Texas.

[4] Defendant incorporates and adopts the *First Amended Answer and Verified Denial* on file and of record in Cause No. DC-23-04370 in the 134th Judicial District Court of Dallas County, Texas as if fully set forth herein.

By:  /s/ Daniel Buechler
Daniel Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
214-871-8262
Stephen Cord
State Bar No. 24105741
scord@thompsoncoe.com
214-292-3898

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Tel: 214-871-8200
Fax: 214-871-8209

*Attorneys for Defendant HF Sinclair*

## CERTIFICATE OF SERVICE

I certify, that on this 2nd day of October, 2023, the foregoing *Notice of Consent to Removal* was served on all counsel of record via statutory electronic service and/or by U.S. Mail with adequate postage attached.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Neely Fortinberry*

3