IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOLORES RAMIREZ, Individually and as Representative of the ESTATE OF SAMUEL DELGADO, and LANDY MORENO, as Next Friend of D.M., a Minor, | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:23 cv-02186-K |
| HF SINCLAIR and SPECIALTY WELDING AND TURNAROUNDS, LLC, | § § § § | |
| *Defendants.* | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE OF DIVERSITY-JURISDICTION INFORMATION**

Plaintiffs file this disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 81.2, and they certify as follows:

1. The following persons or entities may have a financial interest in the outcome of this litigation:

    a. Plaintiff Dolores Ramirez, in her individual capacity and as the representative of the estate of Samuel Delgado;

    b. Plaintiff Landy Moreno, as next friend of D.M., a minor;

    c. Defendant HF Sinclair Corporation;

    d. Defendant Specialty Welding and Turnarounds, LLC; and

    e. Plaintiffs' and Defendants' counsel of record.

2. Plaintiffs' citizenship for purposes of diversity jurisdiction is as follows:[1]

    a. Plaintiff Dolores Ramirez, in her individual capacity and as the representative of the estate of Samuel Delgado, is a citizen of Texas.

---

[1] This case was removed to federal court by Defendant Specialty Welding and Turnarounds, LLC, on the basis of diversity jurisdiction and purported improper joinder of Defendant HF Sinclair. *See* Docs. 1, 5, 8. Plaintiffs have filed a motion to remand the case. *See* Docs. 10-12.

b. D.M., a minor, is a citizen of Texas, and Plaintiff Landy Moreno, in her capacity as the next friend of D.M., a minor, is a citizen of Texas.

Dated: November 3, 2023

Respectfully submitted,

**DALY & BLACK, P.C.**

By: */s/ Colin C. Pogge*
John Scott Black
Texas Bar No. 24012292
jblack@dalyblack.com
Andrew Dao
Texas Bar No. 24082895
adao@dalyblack.com
C. Eric Vickers
Texas Bar No. 24118577
evickers@dalyblack.com
Colin C. Pogge
Texas Bar No. 24074907
cpogge@dalyblack.com
2211 Norfolk, Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
ecfs@dalyblack.com (service)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023 a true and correct copy of this document was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Colin Pogge*
Colin Pogge