# United States District Court
Northern District of Texas

Karen Mitchell  
Clerk of Court

Dallas Division

3/18/2024

134th District Court  
George L. Allen, Sr. Courts Building  
600 Commerce Street, Box 650  
Dallas, TX 75202

RE: Remand Order, 3:23-cv-2186-K

Style: Ramirez et al v. Specialty Welding and Turnarounds LLC et al

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the 134th District Court of Dallas County, TX, DC-23-04370 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at 214-753-2633.

Sincerely,  
Karen Mitchell, Clerk

By: s/A. Lowe  
Deputy Clerk

Enclosure  Order and Docket Sheet

cc:  Counsel of Record  
Case file (public entry)